**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA      *

     *

vs.      *      Criminal No.: JKB-16-0363

     *

KENNETH JONES      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSOLIDATED MOTION TO SUPPRESS OUT-OF-COURT IDENTIFICATIONS**
**AND IN-COURT IDENTIFICATIONS**

The defendant, Kenneth Jones, by and through his attorney, Alan R. L. Bussard, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all evidence and testimony relating to alleged pretrial identifications and any attempted in-Court identification of the defendant by government witnesses with respect to the crimes alleged in the pending indictment, which the government proposes to use as evidence against the Defendant at trial, and in support of the motion alleges as follows:

**Background**

On November 9, 2016, a federal grand jury returned a superseding indictment charging nine members of what the government alleges is a violent subset of the Black Guerilla Family ("BGF") known as the BGF Greenmount Regime with conspiring to engage racketeering activity, in violation of 18 U.S.C. § 1962(d); and conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846, and related charges.

A review of the voluminous discovery materials provided to date by the government as

well as documents and information received as a result of counsel's investigation reveals that numerous photo arrays and photo books were presented to various witnesses over the course of law enforcement's investigation extending back to at least 2005. Part of counsel's investigation includes a review of the transcript for the seventeen day trial of *State of Maryland v. Kenneth Jones*, Case No.: 113310058, in the Circuit Court for Baltimore City.[1]

### Photo Arrays

To date, the following photo arrays and photo books have been identified by counsel:

1. On June 11, 2007, a photo array was presented to Christopher Meadows who, in turn, identified Kenneth Jones as the person who had spoken to him about the murder of Gregory Rochester on January 9. 2007. (See Exhebit F)

2. On April 12, 2011, a photo array was presented to Angelique Petty who, in turn, identified Kenneth Jones as the person who may have shot Perry Johnson on April 12, 2011. (See Exhibit A) Ms. Petty later testified at the above referenced trial of Kenneth Jones and stated that she had not known the person who shot Mr. Johnson and merely picked a person out of the photo array, at random, because she assumed that the police would not have shown the pictures to her otherwise. (See Exhibit B)

3. On May 13, 2013, a photo array was presented to an unnamed person and it is alleged that said person identified one of the persons in the array as the defendant, Kenneth Jones. [2] (See

---

[1] In view of the voluminous discovery materials, counsel reserves the right to file amended and/or supplemental pretrial motions to suppress identifications should additional photo books, photo arrays and the like, be revealed in the discovery.

[2] The only report referencing this photo array is contained in the discovery materials at page OA68-676. On July 26, 2013, per Assistant United States Attorney, Peter Martinez, the government considers disclosure of the unnamed person making the identification, to be covered

Exhibit C)

4. On October 16, 2013, a photo array was presented to Alexis "Big Baby" Roberts who, in turn, identified Kenneth Jones as the person she believes was involved in the non-fatal shooting of Lamontae "Chop" Smith on October 5, 2013. (See Exhibit D)

5. On October 25, 2013, a photo array was presented to  Lamontae "Chop" Smith who, in turn, identified Kenneth Jones as the person he believes was involved in the non-fatal shooting of Lamontae "Chop" Smith on October 5, 2013. This identification occurred after numerous statements by Smith to law enforcement in which he repeatedly stated that he could not identify the person who shot him. (See Exhibit E)

### Photo Books[3]

1. On unknown date, a photo book was presented to Christopher Meadows who, in turn, identified Kenneth Jones and others as the person who had spoken to him about the murder of Gregory Rochester on January 9. 2007.

2. On unknown date, possibly October10, 2013 and October 15, 2013, a photo book was presented to James Cornish who, in turn, identified Kenneth Jones and others as the person who had spoken to him about the murder of Gregory Rochester on January 9. 2007 and the non-fatal shooting of Lamontae "Chop" Smith on October 5, 2013.

3. On unknown date, it is believed that a photo book was also shown to Alexis Roberts

---

under *Jencks* and consequently, and will not disclosure details about the array and identification. Mr. Martinez did report that the identifying person picked out a person he/she was thought to be a person Trevon White was going to meet on the day of his murder. That person is identified as "Slay", an alleged street name for the defendant, Kenneth Jones.

[3] The photo books are too voluminous to reproduce as an exhibit but will be made available to the Court at the hearing on the instant Motion

who made certain identifications.

**Argument**

The photographs shown to the government witnesses and the techniques used by law enforcement personnel in exhibiting the photographs denied the defendant due process of law in violation of the United States Constitution.

The pretrial line-ups were so "impermissibly suggestive as to give rise to a very substantial likelihood of irreparable misidentification." For example, in each of the various photo arrays, the image of Kenneth Jones represented the only person from the Greenmount area of Baltimore. This is important since all of the witnesses who identified Kenneth Jones from the arrays, were also from the Greenmount area of Baltimore City. Further, the image of Mr. Jones was the only one included in the arrays that depicted facial and neck tattoos. Based on the trial transcript and testimony offered in *State of Maryland v. Kenneth Jones*, Case No.: 113310058, in the Circuit Court for Baltimore City, it is apparent that as a prelude to each and every presentation of the photo arrays, law enforcement conducted an unrecorded interview with the person who would later be presented with the photo arrays. Any attempted in-court identifications should be suppressed as unreliable and tainted by the pretrial identifications.

Mr. Jones is entitled to a hearing regarding the pretrial identifications and any attempted in-court identifications of the defendant.

WHEREFORE, the Defendant respectfully moves this Honorable Court to suppress all evidence of and testimony related to alleged pretrial identifications and any attempted in-Court identifications of the defendant by government witnesses with respect to the crimes alleged in the pending indictment

Respectfully submitted,

/s/

_____
Alan R. L. Bussard
101 E. Chesapeake Avenue, Ste. 200
Towson, Maryland 21286
410-821-1155
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fifth Amendment of the United States Constitution

2. Sixth Amendment of the United States Constitution

3. *United States v. Wade*, 388 U.S. 218 (1967)

4. *Gilbert v. California*, 388 U.S. 263 (1967)

5. *Johnson v. Zerbst*, 304 U.S. 458 (1938)

6. *Simmons v. United States*, 390 U.S. 377, 384 (1968)

7. *Stovall v. Denno*, 388 U.S. 293 (1967)

8. *Coleman v. Alabama*, 399 U.S. 1 (1970)

9. *Kirby v. Illinois*, 406 U.S. 682 (1972)

/s/

_____
Alan R. L. Bussard

**REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the local rules of the United States District Court for the

District of Maryland, a hearing is requested on the Defendant's Motion.

/s/

_____

Alan R. L. Bussard

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 4th day of August, 2017, a copy of the foregoing

Motion to Suppress Out-of-Court Identifications and In-Court Identifications was electronically

filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing

to the following:

Peter Martinez, Esquire
Office of the U.S. Attorney
36 S Charles Street, 4th Floor
Baltimore, Maryland 21201

/s/

_____

Alan R. L. Bussard

6