IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Criminal No.: JKB-16-0363 |
| | * | |
| KENNETH JONES | * | |

\* \* \* \* \* \* \* \*

**MOTION IN LIMINE TO EXCLUDE DEFENDANT'S STATEMENTS
OBTAINED IN NOVEMBER AND DECEMBER, 2013 IN SERIES OF RECORDED AND
NON-RECORDED JAIL CALLS**

Comes now the Defendant, Kenneth Jones, by and through his attorney, Alan R. L. Bussard, and respectfully requests that this Honorable Court grant the Defendant's Motion and suppress a series of recorded telephone conversations placed fron Maryland Correctional Institutions during the month of November, 2013. In support of this Motion, counsel states the following:

1. On November 9, 2016, a federal grand jury returned a superseding indictment charging nine members of what the government alleges is a violent subset of the Black Guerilla Family ("BGF") known as the BGF Greenmount Regime with conspiring to engage racketeering activity, in violation of 18 U.S.C. § 1962(d); and conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846, and related charges.

2. Discovery and information provided by the Government indicates that during the Month of November and December, 2013, the Government recorded a conversation between the Defendant, Kenneth Jones and others, including Lavon Cypress, Michael Robinson (now

deceased), and several unidentified females that allegedly were placed from a Maryland correctional institution where Mr. Jones was being housed. Based on an analysis of said calls, law enforcement believed that Cypress was holding a firearm for Mr. Jones.

3. On December 12, 2013, Cypress agreed to meet with law enforcement with regards to the recorded calls. During this meeting, discovery documentation reveals that BPD detectives allegedly requested that Cypress place a call <u>to</u> Jones who was incarcerated at the time, and , in deed, further assert that Cypress did speak with Jones while the detectives listened.

3. Not only does the assertion by law enforcement that such a call was made defy reality, but more importantly, the detectives conveniently neglected to record the call. Nonetheless, the Government will likely try to introduce these statements at the trial of this matter through either the detectives or Mr. Cypress. Since there is no known recording of said call, it is impossible to authenticate the voice on the call to determine whether it is, in fact, Mr. Jones.

WHEREFORE, for the reasons set forth above, and those reasons that may be presented at the hearing on this motion, the Defendant respectfully requests that this Honorable Court grant this Motion and suppress the recorded jail conversations allegedly between Mr. Jones and others and specifically, the un-recorded, call on December 12, 2013 in which Lavon Cypress, at trhe direction of law enforcement placed a call to Mr. Jones while her was incarcerated.

.                                                       Respectfully submitted,

                                                        /s/
                                                        _____
                                                        101 East Chesapeake Avenue
                                                        Ste. 200
                                                        Towson, Maryland 21286
                                                        410-821-1155
                                                        alan.bussard@bussardlaw.com

2

## STATEMENT OF GROUNDS AND AUTHORITIES

Rule 12, Federal Rules of Criminal Procedure

U.S. Const. amend. IV

### Request for Hearing

The Defendant, pursuant to Rule 105.6 of the local rules of the United States District Court for the District of Maryland, requests a hearing on the foregoing Motion.

/s/
_____
Alan R. L. Bussard

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 4th day of August, 2017, a copy of the foregoing Motion in Limine to Exclude Defendant's Statements in November and December, 2013 in a Series of Recorded and Non-Recorded Jail Calls was electronically filed using CM/ECF to the following:

Peter Martinez, Esquire
Assistant United States Attorney
U.S. Courthouse, Seventh Floor
101 W. Lombard Street
Baltimore, Maryland 21201

/s/
_____
Alan R. L. Bussard