```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF MARYLAND


UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
     vs.                          )
                                  ) CRIMINAL NO.: JKB-16-0363
MARQUISE McCANTS,                 )
                                  )
          Defendant.              )
                                  )
_____)


                    Transcript of Proceedings
                Before the Honorable James K. Bredar
                   Tuesday, November 7th, 2017
                       Baltimore, Maryland


For the Plaintiff:

     Peter J. Martinez, AUSA

     Christina A. Hoffman, AUSA


For Defendant Marquise McCants:

     John R. Francomano, III, Esquire
```

---

Christine T. Asif, RPR, FCRR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201

```
 1                    P R O C E E D I N G S
 2               (3:24 p.m.)
 3               THE COURT:  We're back on the record.  And the
 4    question -- it strikes me that we should have a hearing, Mr.
 5    Francomano, on the question with respect to Mr. Valcourt.
 6               MR. FRANCOMANO:  Yes, Your Honor.
 7               THE COURT:  So I want to schedule that sometime next
 8    week.  Tuesday?  For an hour.
 9               MR. FRANCOMANO:  Your Honor, if I could check my
10    phone.
11               THE COURT:  Yes, please do.
12               MR. FRANCOMANO:  Any time is fine.
13               THE COURT:  Government, on Tuesday?
14               MR. MARTINEZ:  We're fine, Your Honor.
15               THE COURT:  Okay.  What's she got, for an hour on
16    Tuesday?
17               THE CLERK:  11:00.
18               THE COURT:  11:00 o'clock, Courtroom 3D, we'll have
19    a hearing on the potential conflict question.  By then the
20    Court will have appointed conflict counsel to advise Mr.
21    McCants with respect to the question of any conflict of
22    interest that Mr. Francomano may be experiencing in his
23    representation of Mr. McCants by virtue of his possible prior
24    representation of the witness Mr. Valcourt.  Mr. Valcourt is
25    also being appointed counsel.  And those individuals are all
```

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    required to be present.
2            So the government needs to pay attention to this,
3    Mr. Valcourt must be here.  Mr. Valcourt's appointed lawyer
4    must be here.  Mr. Francomano must be here.  Mr. McCants must
5    be here.  And Mr. McCants' new conflict counsel must be here.
6    Counsel for the Government must be here.  And we will hear the
7    question of whether there is a conflict.  And if there is a
8    conflict, what if anything should be done about it.
9            Government clear on what our purpose is next week?
10           MR. MARTINEZ:  Yes, Your Honor.
11           THE COURT:  Mr. Francomano, you're clear about it?
12           MR. FRANCOMANO:  Crystal, Your Honor.
13           THE COURT:  Okay.  Very good.  Mr. McCants is
14   remanded to the custody of the United States Marshal.  Mr.
15   Francomano is excused.  We're off the record.
16           (3:26 p.m.)
17           (The proceedings were concluded.)
18
19           I, Christine Asif, RPR, FCRR, do hereby certify that
     the foregoing is a correct transcript from the stenographic
     record of proceedings in the above-entitled matter.
20
             _____/s/_____
21              Christine T. Asif
              Official Court Reporter
22
23
24
25