

1 NORTH CHARLES STREET  **NIETO LAW OFFICE**  O: 443.863.8189
SUITE 1301   F: 443.378.5723
BALTIMORE, MD 21201   CNIETO@NIETOLAWOFFICE.COM

May 12, 20021

The Honorable James K. Bredar
United States Chief Judge
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:  *United States v. Gerald Johnson, et al, Crim. No. JKB-16-0363*

Dear Judge Bredar,

 This Court instructed undersigned counsel to notify all parties by today as to whether a specific, but unnamed, witness will be called by the defense. I write this letter to inform that Court that this individual will NOT be called as a witness in this case.

 We very much appreciate the Court's sensitivity in this matter and the Court's allowance for some time to make this determination.

 Sincerely,

 _____/s/_____
 Christopher C. Nieto, Esq.