USA

vs.

GERALD JOHNSON

Criminal No. JKB-16-0363                    Defendants Remmer Hearing Exhibit

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 5/17/21 | | Court Facility Report |
| 2 | 5/17/21 | | Report of Investigation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)