FILED: July 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6160
(1:16-cr-00363-JKB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GERALD THOMAS JOHNSON, a/k/a Geezy, a/k/a Gzy Tha Prince

      Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered July 2, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*