

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Michael C. Hanlon*<br>*Assistant United States Attorney* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4895*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-9293*<br>*Michael.Hanlon@usdoj.gov* |

May 6, 2024

The Honorable James K. Bredar
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: <u>United States v. Marquise McCants</u>
     Crim. No. JKB-16-0363 / Civil No. JKB-24-0591

Dear Judge Bredar:

  I am writing to request an extension of time of ten days, through May 16, 2024, for the government to respond to the motion to vacate pursuant to 28 U.S.C. § 2255 filed in the above-referenced matter. The government's response is nearly complete but the additional ten days would be of assistance in finalizing it. I have included a line below for the Court if this request is acceptable. Thank you.

                Very truly yours,

                Erek L. Barron
                United States Attorney

                _____/s/_____
                Michael C. Hanlon
                Assistant United States Attorney

cc:  Defendant, pro se

APPROVED,


_____
Hon. James K. Bredar
United States District Judge