IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-16-0363 |
| MARQUISE MCCANTS, | * | CIV. NO. JKB-24-0591 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Marquise McCants filed a Motion to Vacate Pursuant to 28 U.S.C. § 2255 on February 23, 2024. (ECF No. 1056.) The Court set in a briefing schedule (ECF No. 1058), and the United States filed a response in opposition to the Motion on May 20, 2024. (ECF No. 1064.) McCants did not timely file a reply, and on June 25, 2024, the Court denied McCants' § 2255 Motion. (ECF No. 1066.) Thereafter, on July 1, 2024, the Court received McCants' Motion for Enlargement of Time to File Reply. (ECF No. 1067.) He explains that he needs additional time to file a reply because he is a layman and because he had been separated from his legal property due to a BOP transfer. (*See id.*) The Motion for Enlargement of Time is dated June 16, 2024, before the Court's Memorandum and Order denying McCants' § 2255 Motion was docketed. (*Id.*)

The Court finds that the circumstances explained by McCants provide cause for the Court to vacate its prior Memorandum and Order to permit him time to file a reply. McCants is forewarned that his failure to timely file a reply will result in the reinstatement of the Court's prior Memorandum and Order.

Accordingly, it is ORDERED that:

1. The Court's prior Memorandum and Order (ECF No. 1066) is VACATED; and

2. McCants SHALL FILE any reply by August 26, 2024.

DATED this 23 day of July, 2024.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge